**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.  03-cv-0702-MSK-MJW

MARY LOUISE MILHAM,

      Plaintiff,

v.

DANNY PEREZ,

      Defendant.

---

**SATISFACTION OF JUDGMENT**

---

**FOR AND IN CONSIDERATION** of the payment by Judgment Debtor and Defendant, Danny Perez, to Plaintiff and Judgment Creditor, Mary Louise Milham, in the judgment amount of Ten Thousand Dollars ($10,000.00), interest on that judgment of One Thousand Nine Hundred Fifty-Four Dollars ($1,954.00) and costs of Three Hundred Fourteen Dollars ($314.00), full satisfaction is hereby acknowledged of the judgment entered by the United States District Court for the District of Colorado in the above-captioned matter on February 1, 2005 [No. 97], as well as the judgment for costs in the amount of Three Hundred Fourteen Dollars ($314.00) entered on March 2, 2005.  Accordingly, as authorized by the signature of her attorney below, Plaintiff and Judgment Creditor, Mary Louise Milham, hereby authorizes and directs the Clerk of the United States District Court for the District of Colorado to record full satisfaction of both of the judgments referenced herein.

Respectfully submitted,

KILLMER, LANE & NEWMAN, LLP

/s/ David A. Lane

_____
DAVID A. LANE
1543 Champa Street, Suite 400
Denver, CO  80202
(303) 571-1000

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 18, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Sonja S. McKenzie**
  smckenzie@sgrllc.com

KILLMER, LANE & NEWMAN LLP

/s/ David A. Lane

_____
David A. Lane
Attorneys for Plaintiff
1543 Champa St., Suite 400
Denver, Colorado 80202
(303) 571-1000
(303) 571-1001 – FAX
dlane@killmerlane.com

2

and I hereby certify that I have mailed or served the document or paper to the following participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

**Mary Louise Milham**
23 Lakeshore Drive, #2A
Watervliet, NY   12189
 (via mail)

KILLMER, LANE & NEWMAN LLP

/s/ David A. Lane

David A. Lane
Attorneys for Plaintiff
1543 Champa St., Suite 400
Denver, Colorado 80202
(303) 571-1000
(303) 571-1001 – FAX
dlane@killmerlane.com