IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-0702-MSK-MJW

MARY LOUISE MILHAM
          Plaintiff,

v.

DANNY PEREZ,
          Defendant.

_____

**ORDER GRANTING STIPULATED MOTION
REGARDING ATTORNEY'S FEE AWARD**
_____

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Stipulated Motion Regarding Attorney's Fee Award **(#115)** and the file, having considered said Stipulated Motion Regarding Attorney's Fees Award, and being fully advised in the premises, the Court hereby

**ORDERS** that the Stipulated Motion Regarding Attorney's Fee Award is granted. The Stipulation regarding attorney's fees in the amount of $45,000 is hereby approved, as well as the

waiver of Plaintiff's right to appeal the attorney's fee award.

DATED this 29th day of August, 2005.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge